CATHERINE M. WAAS, Appellant, v. SIDNEY SELIGMAN et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

CHARLES TYROLER, II, as Executor of EMMA HEYMAN, Deceased, Appellant, v. SIDNEY W. HEYMAN, Respondent.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ROLAND BOTHNER, Respondent, v. ELIZABETH KEEGAN, Doing Business as JAMES P. KEEGAN COMPANY, et al., Defendants, and AUTO CAR SALES COMPANY, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

FRANCES B. MENDOZA, Respondent, v. ARMANDO E. MENDOZA, Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *post*, p. 894.]

In the Matter of the Accounting of AMALIE KUNTSCH, as Administratrix of the Estate of KARL Y. KUNTSCH, Deceased. NATHAN CANTER, Attorney for Administratrix, Appellant.— Decree, so far as appealed from, unanimously modified by increasing the amount of the fees payable to the attorney for the administratrix to the sum of $1,875, and as so modified affirmed, without costs. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

CLARA FENER, Appellant, v. BREWSTER AERONAUTICAL CORPORATION, Respondent, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of ALICE E. KILEY, Appellant, to Remove to Supreme Court, County of New York, an Action now Pending in City Court of City of New York, County of New York, Entitled " ALICE E. KILEY, plaintiff, against MARNITA REALTY CORP., Defendant." MARNITA REALTY CORP., Respondent.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

SIDNEY REITER v. THE AMERICAN LEGION et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See *ante*, p. 757.]

HELEN M. HORTON, as Administratrix of the Estate of LOUIS HORTON, Deceased, v. NEW YORK LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *ante*, p. 810.]

HARRIET E. WEINSTEIN et al., Appellant, and JOHN S. KROESE, Intervener, Appellant, v. SOSTHENES BEHN et al., Respondents, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Settle order on notice. Present — Glennon, Dore, Callahan and Shientag, JJ. [See 272 App. Div. 1045.]

MELVIN PINE & CO., INC., v. GEORGE MCCONNELL et al., Doing Business under the Name of DESMOND-STEPHAN MFG. CO.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Glennon, Dore, Cohn, Callahan and Van Voorhis, JJ. [See *ante*, p. 218.]